ORIGINAL

FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF DOUGLAS W. MARSHALL FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

FILED

MAY 2 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Douglas W. Marshall has petitioned for reinstatement to active status in the State Bar of Montana. Marshall was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education (CLE) on September 13, 2022, as a result of noncompliance with CLE requirements. However, the Court will need additional information to consider the petition. Rule 13 of the CLE Rules provides that reinstatement may be granted by the Court upon "certification by the [CLE] Commission that the attorney has completed the minimum continuing education requirements." Thus, Marshall must provide a letter or documentation from the Commission certifying Marshall's completion of CLE requirements for the reporting year in question. Therefore,

IT IS ORDERED that the petition of Douglas W. Marshall for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 23 day of May , 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices